**OFFICE OF THE COUNTY COUNSEL
COUNTY OF CONTRA COSTA**
Administration Building
651 Pine Street, 9th Floor
Martinez, California 94553-1229

(925) 335-1800
(925) 646-1078 (fax)

Writer's Direct Dial:
(925) 335-1877



**SHARON L. ANDERSON**
COUNTY COUNSEL

MARY ANN MCNETT MASON
VALERIE J. RANCHE
ASSISTANTS

January 14, 2011

To the Honorable Joseph C. Spero
United States District Court, Northern District
450 Golden Gate Avenue
Court Room: A, 15th Floor
San Francisco, CA 94102

    Re:    *Mark A. Tausig v. Contra Costa County*
              USDC-Northern District No. C 10-02519 JCS

Dear Judge Spero:

    May it please the Court,

    This letter is pursuant to the Case Management and Pretrial Order issued by this Court on September 22, 2010, pertaining to requests for a telephonic appearance. I wish to make a telephonic appearance for the January 21, 2011, Case Management Conference.

    I will be out of the area on January 21, 2011, but will be available at the land line number of (410) 349-5183 at 1:30pm PST. In the alternative, I may also be reached at (781) 929-4142 at the same time. I have made opposing counsel aware of this intention.

    I thank the Court in advance for the convenience. If this request is not granted, my office will make appropriate efforts to provide coverage.

To the Honorable Joseph C. Spero
*Mark A. Tausig v. Contra Costa County*
January 14, 2011
Page 2

              Very truly yours,

              SHARON L. ANDERSON, COUNTY COUNSEL

            By: _[signature]_____
              Eric D. Anderson
              Deputy County Counsel

**GRANTED:** as modified. Counsel shall be on phone stand by beginning at 1:30 PM and await the Court's call.

_____
THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]

Dated: 1/18/11.